UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:25-cr-00146-01 |
| | * | |
| VERSUS | * | JUDGE CAIN |
| | * | |
| JAMEL WEAVER | * | MAGISTRATE JUDGE LEBLANC |

## MOTION TO SUBSTITUTE COUNSEL

The United States of America respectfully requests that this Court withdraw J. Luke Walker, as counsel of record, and enroll Daniel J. Vermaelen, Assistant United States Attorney, as counsel of record for the government.

WHEREFORE, the United States of America, through its undersigned counsel, respectfully requests that Daniel J. Vermaelen, Assistant United States Attorney, be enrolled as counsel of record for the government and J. Luke Walker be withdrawn as counsel in the above-captioned matter.

Respectfully submitted,

ZACHARY A. KELLER
United States Attorney


*/s/ Daniel J. Vermaelen*
DANIEL J. VERMAELEN, LA Bar No. 36715
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-7206
(337) 262-6618